# EXHIBIT A

| | |
|---|---|
| Combined Court, Jefferson County, State of Colorado<br>Court Address: 100 Jefferson County Parkway<br>Golden, CO 80401<br><br>**Christopher Cone**_____<br>PLAINTIFF<br><br>VS<br><br>**Medical Imaging Holdings Inc, ET AL.**_____<br>DEFENDANT | DATE FILED: March 5, 2015 11:51 AM<br>▲ **COURT USE ONLY** ▲<br><br>Case No: 2015CV30399<br><br>Div.: 6 |
| **NOTICE AND ORDER TO FILE JDF 601 CASE COVER SHEET PURSUANT TO C.R.C.P. 16.1 SIMPLIFIED PROCEDURE** ||

TO:   ATTORNEY Glen Eric Summers

The initial pleading of complaint, counterclaim, cross-claim, or third party complaint filed on 03/05/2015 did not include a Civil Case Cover Sheet (JDF 601) required pursuant to C.R.C.P 16.1 Simplified Procedure.

The party or attorney for party filing this pleading must complete and file form JDF 601 with the Court within 10 days of this Notice and Order. If it is not filed timely, the Court may impose sanctions, including a dismissal of the complaint.

_____
Deputy Clerk

## CERTIFICATE OF MAILING

I certify that on 03/05/2015, I efiled electronically this NOTICE AND ORDER TO FILE JDF 601 CASE COVER SHEET PURSUANT TO C.R.C.P. 16.1 SIMPLIFIED PROCEDURE to the following: **Glen Eric Summers**

_____
Deputy Clerk