# EXHIBIT B

DATE FILED: March 5, 2015 8:24 AM

# JEFFERSON COUNTY DISTRICT COURT
## CASE INFORMATION COVER SHEET

**Court Case Number** _____

Attorney Name  Glen E. Summers                                                Bar Number  30635
Plaintiff/Petitioner  Christopher Cone
Defendant/Respondent  Medical Imaging Holdings, Inc., et al.
Amount of Suit  $950,000.00 with potential revisions to be determined after discovery and expert analyses.
Please check <u>one</u> category that best describes this case for indexing purposes.  Accurate case indexing saves time in docketing new cases and assists in forecasting needed judicial resources.  Cause of action definitions are listed on this form.  Thank you for your cooperation.

```
_____Automobile Damages (AUT)        _____Loan  (LOA)                  _____Rent (REN)
  X  Breach of Contract (BRE)        _____NSF Check (NSF)              _____Replevin (REP)
_____Commercial Electronic Mail (CEM)_____Open Account (OPA)           _____Restitution (RES)
_____Damage Deposit (DD)             _____Other (OTH)                  _____Services Rendered (SER)
_____Deposition Sister State (DEP)   _____Petition for Seized Goods (PFS)_____Transcript (TRN)
_____Foreclosure Lien (FOR)          _____Personal Injury (PIN)        _____Wages (WAG)
_____Goods and Services (GS)         _____Property Damages (PRP)       _____Written Instrument (WR)
_____Lease Agreement (LA)
```

**If you cannot determine the appropriate category, please describe the cause of action below:**
Fraud, negligent misrepresentation, and breaches of fiduciary duty.
_____

### CASE INFORMATION DEFINITIONS

**Automobile Damages-**Complaint involving damage to an automobile.
**Breach of Contract-**Complaint involving monetary dispute where a contract is involved.
**Commercial Electronic Mail-**Complaint involving receipt of unsolicited commercial email
**Damage Deposit-**Request for return of a damage deposit.
**Deposition Sister State-**Request by an out of state party for judge to sign a subpoena/supoena duces tecum for party within the court's venue.
**Foreclosure-**Complaint involving termination of ownership rights when a mortgage or tax foreclosure is involved, where ownership is not in question.
**Goods and Services-**Money owed for goods and services rendered.
**Lease Agreement-**money owed on lease agreement.
**Loan-**Money due on a loan.
**NSF Check-**Check written with non-sufficient funds in the account.

**Open Account-**Money due on a revolving account.
**Other-**Used when other cause codes do not apply.
**Personal Injury-**Complaint involving physical injury.
**Petition for Seized Goods-**Petition for return of money or possessions seized by a police agency.
**Property Damage-**Complaint involving damage to property.
**Rent-**Money due for rent owing.
**Replevin-**Action for recovery of personal property or monetary value.
**Restitution-**Petition for restoring property or proceeds, not an unlawful detainer.
**Services-** Money due for services rendered.
**Transcript-**Transcript of judgement filed from another court.
**Wages-**Money owed for wages earned.
**Written Instrument-**Money owed based upon a written instrument such as a promissory note, contract, etc.