# EXHIBIT E

| | |
|---|---|
| District Court, Jefferson County, Colorado<br>100 Jefferson County Parkway<br>Golden, Colorado 80401 | DATE FILED: March 23, 2015 11:37 AM |
| CHRISTOPHER CONE,<br><br>                    Plaintiff,<br>v.<br><br>MEDICAL IMAGING HOLDINGS, INC., a Delaware Corporation; CONSENSYS IMAGING SERVICE, INC., a Delaware Corporation,<br>Galen Partners IV, a Delaware Limited Partnership, Galen Partners V, a Delaware Limited Partnership, Galen International IV, Galen International V, a Delaware Limited Partnership, Galen Employee IV, a Delaware Limited Partnership, David Jahns, David Azad, Bill Williams, Jeff Soinski,<br><br>                    Defendants. | ▲     COURT USE ONLY<br><br>Case Number:2015cv030399<br><br>Division:      Courtroom:<br><br>Jury Trial Demanded |

### WAIVER AND ACCEPTANCE OF SERVICE

I, Troy S. Brown, acting as attorney for Medical Imaging Holdings, Inc., Consensys Imaging Service, Inc., Galen Partners IV, Galen Partners V, Galen International IV, Galen International V, Galen Employee IV, David Jahns, David Azad, Bill Williams, and Jeff Soinski for the purpose of accepting service, hereby accept service of the Summons and Complaint in the above-referenced matter, effective on March 23, 2015, on behalf of Medical Imaging Holdings, Inc., Galen Partners IV, Galen Partners V, Galen International IV, Galen International V, Galen Employee IV, David Jahns,

David Azad, Bill Williams, and Jeff Soinski, as if each has been personally served on March 23, 2015 in full compliance with the Colorado Rules of Civil Procedure. Each of the entities and individuals for which service has been accepted waives any objection to the manner of service. I represent that I have all authority necessary to execute this Waiver and Acceptance of Service on behalf of the individuals and entities listed above.

Along with this Waiver of Service, the parties have agreed that the Defendants shall have until May 15, 2015 to answer or otherwise move in opposition to the complaint.

Dated: March 23, 2015

_____
*Attorney for Defendant(s) Medical Imaging Holdings, Inc., Consensys Imaging Service, Inc., Galen Partners IV, Galen Partners V, Galen International IV, Galen International V, Galen Employee IV, David Jahns, David Azad, Bill Williams, and Jeff Soinski.*