# EXHIBIT F

| DISTRICT COURT, JEFFERSON COUNTY, COLORADO<br>100 Jefferson County Parkway<br>Golden, Colorado 80401-6002 | DATE FILED: April 14, 2015 8:21 AM<br>CASE NUMBER: 2015CV30399 |
|---|---|
| **CHRISTOPHER CONE,**<br>Plaintiff(s)<br><br>v.<br><br>**MEDICAL IMAGING HOLDINGS, INC.; CONSENSYS IMAGING SERVICE, INC.; GALEN PARTNERS IV; GALEN PARTNERS V; GALEN INTERNATIONAL IV; GALEN INTERNATIONAL V; GALEN EMPLOYEE IV; DAVID JAHNS; DAVID AZAD; BILL WILLIAMS; AND JEFF SOINSKI,**<br>Defendant(s) | ▲ COURT USE ONLY ▲<br><br>Case Number:  15CV30399<br><br>Division: 06<br>Courtroom: 5B |
| **DELAY PREVENTION ORDER** ||

1. The case was filed on March 5, 2015.

2. **CASE STATUS**
   a. __**X**__ CAPP Initial disclosures have not been filed.
   b. _____ Proof of service has not been filed.
   c. _____ An answer has not been filed.
   d. _____ An answer was filed.

3. **REQUIRED ACTION**
   You are hereby **ORDERED** to take the following action(s) in this matter within thirty-five (35) days of the date of this Order:
   a. __**X**_ File initial disclosures pursuant to CAPP Rule 3.1, or notify the Court in writing why other action is appropriate.
   b. _____ Complete service and file proof of service, or advise the Court in writing why other action is appropriate.
   c. _____ File a motion for default judgment with an appropriate order containing Findings of Fact, Conclusions of Law, and Judgment pursuant to Rules 10, 52, and 121(1-14), or notify the Court in writing why other action is appropriate.
   d. _____ File a Case Management Order or Certificate of Compliance.
   e. _____ Set this matter for trial, or notify the Court in writing why another action is appropriate.  Plaintiff's counsel is responsible.  All dates shall first be cleared with opposing counsel and/or any parties appearing pro se after getting dates from this Court.
   f. __**X**__ File a Status Report with the Court.

4. **<u>FAILURE TO RESPOND TO ORDER</u>**
In the event a party does not respond to this Order within thirty-five (35) days, the Court will dismiss the claim, cross-claim, or counterclaim of the party failing to respond without prejudice pursuant to C.R.C.P. 41.

Done in Golden, Colorado this 14th day of April, 2015.

BY THE COURT:

Christopher C. Zenisek
District Court Judge

| |
|---|
| **Counsel for Plaintiff is ordered to send a copy of this Order to all interested parties within 48 hours and is to file a Certificate of Compliance with the Court within five (5) days.** |