IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO


Civil Action No. _____

CHRISTOPHER CONE,

      Plaintiff,

v.

MEDICAL IMAGING HOLDINGS, INC., a Delaware Corporation; CONSENSYS IMAGING SERVICE, INC., a Delaware Corporation, GALEN PARTNERS IV, a Delaware Limited Partnership, GALEN PARTNERS V, a Delaware Limited Partnership, GALEN INTERNATIONAL IV, GALEN INTERNATIONAL V, a Delaware Limited Partnership, GALEN EMPLOYEE IV, a Delaware Partnership, DAVID JAHNS, DAVID AZAD, BILL WILLIAMS, JEFF SOINSKI,

      Defendants.

**SUPPLEMENTAL CIVIL COVER SHEET FOR NOTICE OF REMOVAL**

      Pursuant to 28 U.S.C. §§ 1446 - 1447, D.C.COLO.LCivR 3.1(B) and D.C.COLO.LCivR 81.1, the removing party shall promptly file a copy of all state court pleadings not attached to the Notice of Removal.

| Section A – Plaintiffs | Section B -- Defendants |
|---|---|
| Plaintiffs remaining in action at the time of filing the notice of removal | Defendants remaining in action at the time of filing the notice of removal |
| Christopher Cone | Medical Imaging Holdings, Inc. |
| | Consensys Imaging Service, Inc. |
| | Galen Partners IV |
| | Galen Partners V |
| | Galen International IV |
| | Galen International V |
| | Galen Employee IV |
| | David Jahns |
| | David Azad |
| | Bill Williams |
| | Jeff Soinski |

1

**Section C – Pending Motions As of Date of Removal**

| Title of Motion: | Date Motion Filed: |
|---|---|
| None | |

**Section D – Scheduled State Court Hearings as of Date of Removal**

| Title of State Court Scheduled Hearing | Date of Hearing | Time of Hearing | Assigned State Judge |
|---|---|---|---|
| None | | | |

Dated:  April 17, 2015

Respectfully submitted,

*Brian L. Duffy*
Brian L. Duffy
Greenberg Traurig LLP
1200 Seventeenth Street, Suite 2400
Denver, Colorado 80202-5858
(303) 572-6545 Telephone
(303) 572-6540 Facsimile
duffyb@gtlaw.com

Troy S. Brown
Dana E. Becker
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, Pennsylvania 19103
(215) 963-5000 Telephone
(215) 963-5001 Facsimile
tsbrown@morganlewis.com
dana.becker@morganlewis.com

State Court Case Number:  2015CV30399

2