IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:15-cv-00822

CHRISTOPHER CONE,

    Plaintiff,

v.

MEDICAL IMAGING HOLDINGS, INC., a Delaware Corporation; CONSENSYS IMAGING SERVICE, INC., a Delaware Corporation; GALEN PARTNERS IV, a Delaware Limited Partnership, GALEN PARTNERS V, a Delaware Limited Partnership, GALEN INTERNATIONAL IV, GALEN INTERNATIONAL V, a Delaware Limited Partnership, GALEN EMPLOYEE IV, a Delaware Partnership, DAVID JAHNS, DAVID AZAD, BILL WILLIAMS, JEFF SOINSKI,

    Defendants.

## NOTICE OF ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that Glen E. Summers of the law firm of Bartlit Beck Herman Palenchar & Scott LLP hereby enters his appearance as counsel on behalf of the Plaintiff, Christopher Cone.

Dated: April 21, 2015

    Respectfully submitted,

    BARTLIT BECK HERMAN PALENCHAR &
      SCOTT LLP

    */s/ Glen E. Summers*
    Glen E. Summers
    1899 Wynkoop Street, Suite 800
    Denver, Colorado 80202
    Telephone: (303) 592-3100
    Facsimile:   (303) 592-3140
    glen.summers@bartlit-beck.com
    *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

This is to certify that on April 21, 2015, a copy of the foregoing was electronically filed with the Clerk of the Court using the ECF system which will send notification of such filing to the attorneys of record:

Brian L. Duffy
Greenberg Traurig LLP
1200 Seventeenth Street, Suite 2400
Denver, CO 80202-5858
duffyb@gtlaw.com

Troy S. Brown
Dana E. Becker
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921
tsbrown@morganlewis.com
dana.becker@morganlewis.com
*Attorneys for Defendants*

*/s/ Glen E. Summers*
Glen E. Summers
1899 Wynkoop Street, Suite 800
Denver, Colorado 80202
Telephone: (303) 592-3100
Facsimile:   (303) 592-3140
glen.summers@bartlit-beck.com
*Attorney for Plaintiff*