IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1: 15-cv-00822-WJM

CHRISTOPHER CONE,

    Plaintiff,

v.

MEDICAL IMAGING HOLDINGS, INC., a Delaware Corporation; CONSENSYS IMAGING SERVICE, INC., a Delaware Corporation, GALEN PARTNERS IV, a Delaware Limited Partnership, GALEN PARTNERS V, a Delaware Limited Partnership, GALEN INTERNATIONAL IV, GALEN INTERNATIONAL V, a Delaware Limited Partnership, GALEN EMPLOYEE IV, a Delaware Partnership, DAVID JAHNS, DAVID AZAD, BILL WILLIAMS, JEFF SOINSKI,

    Defendants.

## NOTICE OF ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that Dana E. Becker of the law firm of Morgan, Lewis & Bockius LLP hereby enters her appearance as counsel on behalf of Defendants Medical Imaging Holdings, Inc.; Consensys Imaging Services, Inc.; Galen Partners IV, Galen Partners V, Galen International IV, Galen International V, and Galen Employee IV; and Messrs. Jahns, Azad, Williams, and Soinski.

Dated:  April 23, 2015							Respectfully submitted,


							/s/ Dana E. Becker
							Dana E. Becker
							Morgan, Lewis & Bockius LLP
							1701 Market Street
							Philadelphia, Pennsylvania 19103
							(215) 963-5000 Telephone
							(215) 963-5001 Facsimile
							dana.becker@morganlewis.com

							*Attorney for Defendants*

2

## CERTIFICATE OF SERVICE

This is to certify that on this 23rd of April, 2015, a true and correct copy of the foregoing document was electronically filed with the Clerk of Court and served via the ECF system upon the following:

> Glen E. Summers, Esq.
> BARLIT BECK HERMAN PALENCHAR & SCOTT LLP
> 1899 Wynkoop Street, 8th Floor
> Denver, Colorado 80202

*/s/ Dana E. Becker*
Dana E. Becker