IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1: 15-cv-00822-WJM

CHRISTOPHER CONE,

    Plaintiff,

v.

MEDICAL IMAGING HOLDINGS, INC., a Delaware Corporation; CONSENSYS IMAGING SERVICE, INC., a Delaware Corporation, GALEN PARTNERS IV, a Delaware Limited Partnership, GALEN PARTNERS V, a Delaware Limited Partnership, GALEN INTERNATIONAL IV, GALEN INTERNATIONAL V, a Delaware Limited Partnership, GALEN EMPLOYEE IV, a Delaware Partnership, DAVID JAHNS, DAVID AZAD, BILL WILLIAMS, JEFF SOINSKI,

    Defendants.

**STIPULATION TO EXTEND DEFENDANTS' TIME
TO RESPOND TO PLAINTIFF'S COMPLAINT**

Defendants Medical Imaging Holdings, Inc. ("MIH"); Consensys Imaging Services, Inc. ("CIS"); Galen Partners IV, Galen Partners V, Galen International IV, Galen International V, and Galen Employee IV (together, the "Galen Partners"); and Messrs. Jahns, Azad, Williams, and Soinski (together with MIH, CIS, and the Galen Partners referred to herein as "Defendants"), and Plaintiff, Christopher Cone, pursuant to D.C.Colo.LCivR 6.1, stipulate and agree that the deadline for Defendants to respond to Plaintiff's Complaint shall be extended to May 15, 2015. In connection with this stipulation, the parties state as follows:

    1.    On or around March 5, 2015, Plaintiff filed a Complaint asserting claims against Defendants in the Jefferson County District Court.

2. On March 23, 2015, Defendants' counsel executed a Waiver and Acceptance of Service, effective March 23, 2015. *See* Dkt. No. 1-5.

3. On April 17, 2015, Defendants timely filed a Notice of Removal removing Plaintiff's action from Jefferson County District Court to this Court. *See* Dkt. No. 1.

4. Absent the parties' stipulation, pursuant to Federal Rule of Civil Procedure 81(c)(2)(C), Defendants' answer, motion, or other response to the Complaint would be due seven (7) days after the Notice of Removal was filed, or on April 24, 2015.

5. The Parties hereby stipulate, pursuant to D.C.COLO.LCivR 6.1(a), that the deadline for Defendants' answer, motion, or other response to the Complaint is May 15, 2015, which is not more than 21 days beyond the time limits prescribed by the Federal Rules of civil Procedure.

6. Pursuant to D.C.COLO.LCivR 6.1(c), each undersigned counsel will serve a copy of this stipulation upon his or her respective clients.

7. This stipulation is made without prejudice to Plaintiff's right to seek remand of this action back to the Jefferson County District Court and shall not be construed as an admission by Plaintiff that this Court has subject matter jurisdiction over this action.

Dated:  April 23, 2015                              Respectfully submitted,


                                                          *s/ Glen E. Summers*
Glen E. Summers
Bartlit, Beck, Herman, Palenchar & Scott LLP
1899 Wynkoop Street, Suite 800
Denver, CO 80202
(303) 592-3100 Telephone
(303) 592-3140 Facsimile
glen.summers@bartlil-beck.com
*Attorney for Plaintiff*


                                                          *s/ Brian L. Duffy*
Brian L. Duffy
Greenberg Traurig LLP
1200 Seventeenth Street, Suite 2400
Denver, Colorado 80202-5858
(303) 572-6545 Telephone
(303) 572-6540 Facsimile
duffyb@gtlaw.com
*Attorney for Defendants*

Dana E. Becker
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, Pennsylvania 19103
(215) 963-5000 Telephone
(215) 963-5001 Facsimile
tsbrown@morganlewis.com
dana.becker@morganlewis.com

*Attorneys for Defendants*

3

## **CERTIFICATE OF SERVICE**

This is to certify that on this 23rd of April, 2015, a true and correct copy of the foregoing STIPULATION TO EXTEND DEFENDANTS' TIME TO RESPOND TO PLAINTIFF'S COMPLAINT was served via the ECF system upon the following:

>Glen E. Summers, Esq.
>BARLIT BECK HERMAN PALENCHAR & SCOTT LLP
>1899 Wynkoop Street, 8th Floor
>Denver, Colorado 80202

*s/ Jennifer Stafford*
Jennifer Stafford

4