IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:15-cv-00822-WJM

CHRISTOPHER CONE,

    Plaintiff,

v.

MEDICAL IMAGING HOLDINGS, INC., a Delaware Corporation; CONSENSYS IMAGING SERVICE, INC., a Delaware Corporation, GALEN PARTNERS IV, a Delaware Limited Partnership, GALEN PARTNERS V, a Delaware Limited Partnership, GALEN INTERNATIONAL IV, GALEN INTERNATIONAL V, a Delaware Limited Partnership, GALEN EMPLOYEE IV, a Delaware Partnership, DAVID JAHNS, DAVID AZAD, BILL WILLIAMS, JEFF SOINSKI,

    Defendants.

## DEFENDANTS' NOTICE OF FILING OF DOCKET SHEET

    Pursuant to D.C.COLO.LCivR 81.1, submitted herewith as Exhibit A is the docket sheet from the removed action filed on March 5, 2015 in Jefferson County.

1

*DEN 98807544v1*

2

Dated:  May 1, 2015

Respectfully submitted,

*Brian L. Duffy*
Brian L. Duffy
Greenberg Traurig LLP
1200 Seventeenth Street, Suite 2400
Denver, Colorado 80202-5858
(303) 572-6545 Telephone
(303) 572-6540 Facsimile
duffyb@gtlaw.com

Dana E. Becker
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, Pennsylvania 19103
(215) 963-5000 Telephone
(215) 963-5001 Facsimile
dana.becker@morganlewis.com

2

*DEN 98807544v1*

## CERTIFICATE OF SERVICE

This is to certify that on this 1st day of May 2015, a true and correct copy of the foregoing **NOTICE OF FILING OF DOCKET SHEET** was submitted via ECF to the following:

>Glen E. Summers, Esq.
>BARLIT BECK HERMAN PALENCHAR & SCOTT LLP
>1899 Wynkoop Street, 8th Floor
>Denver, Colorado 80202

>*s/ Karen R. Loveland*
>Karen R. Loveland

3