## Register of Actions

| | | | |
|---|---|---|---|
| ☐ Filed by Plaintiff/Petitioner | **Case Number:** 2015CV030399 | | **Division:** 6 |
| ☐ Filed by Defendant/Respondent | **Case Type:** Breach of Contract | | **Judicial Officer:** Christopher Clayton Zenisek |
| ☐ Filed by Court | **Case Caption:** Cone, Christopher v. Medical Imaging Holdings Inc et al | | **Court Location:** Jefferson County |

| Filing ID | Date Filed | Authorizer | Organization | Filing Party | Document | Document Title | Document Security |
|---|---|---|---|---|---|---|---|
| N/A | 04/29/2015 12:00 AM | N/A | N/A | N/A | Case Closed | N/A | |
| BC574E49F42E9 | 04/17/2015 4:44 PM | Brian Lee Duffy | Greenberg Traurig, LLP | Galen International Iv, Galen Partners V (more) | Notice of Removal | Notification of Defendants' Filing of Notice of Removal | Public |
| | | | | | Exhibits Filed | Exhibit A | Public |
| N/A (Details) | 04/14/2015 10:42 AM | Christopher Clayton Zenisek | Jefferson County | N/A | Order | UPDATED CONTACT INFORMATION FOR THE COURT | Public |
| N/A (Details) | 04/14/2015 8:21 AM | Christopher Clayton Zenisek | Jefferson County | N/A | Order | DELAY PREVENTION ORDER | Public |
| F509C023C2B11 | 03/23/2015 11:39 AM | Glen Eric Summers | Bartlit Beck | Christopher Cone | Waiver of Service *(Related Document)* | Waiver of Service | Public |
| N/A (Details) | 03/06/2015 3:30 PM | Christopher Clayton Zenisek | Jefferson County | N/A | Order | DIVISION SIX PROCEDURE ORDER FOR CAPP CASES | Public |
| 905711224B726 | 03/06/2015 10:47 AM | Glen Eric Summers | Bartlit Beck | Christopher Cone | Civil Case Cover Sheet *(Related Document)* | Civil Case Cover Sheet | Public |
| A73B3D55AB707 | 03/05/2015 8:26 AM | Glen Eric Summers | Bartlit Beck | Christopher Cone | Complaint w/Jury Demand *(Related Document)* | Complaint w/Jury Demand | Public |
| | | | | | Civil Case Cover Sheet *(Related Document)* | Civil Case Cover Sheet | Public |
| N/A (Details) | 03/05/2015 | Shana Kloek | Jefferson County | N/A | Notice *(Related Document)* | Notice and Order to File JDF 601 Civil Case Cover Sheet | Public |

## Party Information

| Party Name | Party Type | Party Status | Attorney Name |
|---|---|---|---|
| Bill Williams | Defendant | | Brian Lee Duffy (Greenberg Traurig, LLP) |
| Christopher Cone | Plaintiff | | Glen Eric Summers (Bartlit Beck) |
| Consensus Imaging Service Inc | Defendant | | Brian Lee Duffy (Greenberg Traurig, LLP) |
| David Azad | Defendant | | Brian Lee Duffy (Greenberg Traurig, LLP) |
| David Jahns | Defendant | | Brian Lee Duffy (Greenberg Traurig, LLP) |
| Galen Employee Iv | Defendant | | Brian Lee Duffy (Greenberg Traurig, LLP) |
| Galen International Iv | Defendant | | Brian Lee Duffy (Greenberg Traurig, LLP) |
| Galen International V | Defendant | | Brian Lee Duffy (Greenberg Traurig, LLP) |
| Galen Partners Iv | Defendant | | Brian Lee Duffy (Greenberg Traurig, LLP) |
| Galen Partners V | Defendant | | Brian Lee Duffy (Greenberg Traurig, LLP) |
| Medical Imaging Holdings Inc | Defendant | | Brian Lee Duffy (Greenberg Traurig, LLP) |