IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:15-cv-00822

CHRISTOPHER CONE,

    Plaintiff,

v.

MEDICAL IMAGING HOLDINGS, INC., a Delaware Corporation; CONSENSYS IMAGING SERVICE, INC., a Delaware Corporation; GALEN PARTNERS IV, a Delaware Limited Partnership, GALEN PARTNERS V, a Delaware Limited Partnership, GALEN INTERNATIONAL IV, GALEN INTERNATIONAL V, a Delaware Limited Partnership, GALEN EMPLOYEE IV, a Delaware Partnership, DAVID JAHNS, DAVID AZAD, BILL WILLIAMS, JEFF SOINSKI,

    Defendants.

## PLAINTIFF'S MOTION TO REMAND

    Plaintiff Christopher Cone hereby files this Motion to Remand pursuant to 28 U.S.C. § 1447(c), along with the accompanying Plaintiff's Response to the Court's April 27, 2015 Orders Together With Its Brief in Support of Motion to Remand. The accompanying brief lays out the basis for remand, and contains Plaintiffs' response to Defendants' claim of fraudulent joinder. Because complete diversity of citizenship is absent, there is no jurisdiction under 28 U.S.C. § 1332(a), and this action must be remanded to state court.

Dated: May 4, 2015                    Respectfully submitted,

                                        BARTLIT BECK HERMAN PALENCHAR &
                                           SCOTT LLP

                                        */s/ Glen E. Summers*                    .
                                        Glen E. Summers
                                        1899 Wynkoop Street, Suite 800
                                        Denver, Colorado 80202
                                        Telephone: (303) 592-3100
                                        Facsimile:  (303) 592-3140
                                        glen.summers@bartlit-beck.com
                                        *Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

This is to certify that on May 4, 2015, a copy of the foregoing was electronically filed with the Clerk of the Court using the ECF system which will send notification of such filing to the attorneys of record:

Brian L. Duffy
Greenberg Traurig LLP
1200 Seventeenth Street, Suite 2400
Denver, CO 80202-5858
duffyb@gtlaw.com

Troy S. Brown
Dana E. Becker
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921
tsbrown@morganlewis.com
dana.becker@morganlewis.com
*Attorneys for Defendants*

/s/ Glen E. Summers           .
Glen E. Summers
1899 Wynkoop Street, Suite 800
Denver, Colorado 80202
Telephone: (303) 592-3100
Facsimile:   (303) 592-3140
glen.summers@bartlit-beck.com
*Attorney for Plaintiff*