IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:15-cv-00822

CHRISTOPHER CONE,

      Plaintiff,

v.

MEDICAL IMAGING HOLDINGS, INC., a Delaware Corporation; CONSENSYS IMAGING SERVICE, INC., a Delaware Corporation; GALEN PARTNERS IV, a Delaware Limited Partnership, GALEN PARTNERS V, a Delaware Limited Partnership, GALEN INTERNATIONAL IV, GALEN INTERNATIONAL V, a Delaware Limited Partnership, GALEN EMPLOYEE IV, a Delaware Partnership, DAVID JAHNS, DAVID AZAD, BILL WILLIAMS, JEFF SOINSKI,

      Defendants.

## [PROPOSED] ORDER REMANDING TO DISTRICT COURT, JEFFERSON COUNTY, COLORADO

Having considered Defendants' Notice of Removal, along with Plaintiffs' Motion to Remand pursuant to 28 U.S.C. § 1447(c), and Plaintiff's Response to the Court's April 27, 2015 Orders Together With Its Brief in Support of Motion to Remand, this Court finds that the above captioned case must be REMANDED to the District Court, Jefferson County, Colorado on the basis that complete diversity of citizenship is absent.  This Court lacks jurisdiction under 28 U.S.C. §1332(a).

DATED:_____

                        BY THE COURT:


                        United States District Court Judge