**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1: 15-cv-00822-WJM


CHRISTOPHER CONE,

      Plaintiff,

v.

MEDICAL IMAGING HOLDINGS, INC., a Delaware Corporation; CONSENSYS IMAGING
SERVICE, INC., a Delaware Corporation, GALEN PARTNERS IV, a Delaware Limited
Partnership, GALEN PARTNERS V, a Delaware Limited Partnership, GALEN
INTERNATIONAL IV, GALEN INTERNATIONAL V, a Delaware Limited Partnership,
GALEN EMPLOYEE IV, a Delaware Partnership, DAVID JAHNS, DAVID AZAD, BILL
WILLIAMS, JEFF SOINSKI,

      Defendants.

---

**JOINT MOTION FOR STAY OF ALL DEADLINES**

---

Plaintiff Christopher Cone and Defendants Medical Imaging Holdings, Inc. ("MIH");

Consensys Imaging Services, Inc. ("CIS"); Galen Partners IV, Galen Partners V, Galen

International IV, Galen International V, and Galen Employee IV (together, the "Galen

Partners"); and Messrs. Jahns, Azad, Williams, and Soinski (together with MIH, CIS, and the

Galen Partners referred to herein as "Defendants"), by and through undersigned counsel, jointly

move the Court for entry of an Order staying all deadlines for twenty-one (21) days to enable the

parties to focus on settlement discussions. In support of this motion, the parties state as follows:

    1.     On or around March 5, 2015, Plaintiff filed a Complaint asserting claims against

Defendants in the Jefferson County District Court.

    2.     On March 23, 2015, Defendants' counsel executed a Waiver and Acceptance of

Service, effective March 23, 2015. *See* Dkt. No. 1-5. The Waiver and Acceptance of Service set

forth the parties' agreement that Defendants would have until May 15, 2015 to answer, move, or otherwise respond to the Complaint in state court.

3.      On April 17, 2015, Defendants filed a Notice of Removal removing Plaintiff's action from Jefferson County District Court to this Court.  *See* Dkt. No. 1.

4.      On April 23, 2015, the parties stipulated pursuant to D.C.COLO.LCivR 6.1(a) that the deadline for Defendants' answer, motion, or other response to the Complaint would be due on May 15, 2015, consistent with the parties' agreement set forth in the Waiver and Acceptance of Service.  *See* Dkt. No. 10.  That stipulation was the first and only other request for extension made in this case.

5.      On May 4, 2005, Plaintiff filed a motion to remand this case to state court.  Dkt. No. 14.  Pursuant to this Court's Order, Defendant's response to Plaintiff's motion to remand is due by May 18, 2015.  Dkt. No. 17.

6.      The parties are engaged in settlement discussions in the hopes that they can resolve this dispute without further litigation.  *See Am. Family Mut. Ins. Co. v. Orlowski*, No. 08-cv-00763-DME-KMT, 2009 WL 1698504, at *5 (D. Colo. June 15, 2009) ("There is a strong public policy favoring dispute resolution rather than continued litigation.  When considering alternative consequences, we will defer to results that encourage the settlement of disputes." (internal quotation marks and quoting reference omitted)).

7.      Pursuant to D.C.COLO.LCivR 6.1, the parties respectfully request that all deadlines, including the deadline for Defendants' answer, motion, or other response to the Complaint and the deadline for responding to Plaintiff's motion to remand, be stayed for twenty-one (21) days so that the parties may continue their efforts to resolve this dispute without further litigation.

*DEN 98815068v1*

Dated:  May 11, 2015                         Respectfully submitted,


                                             s/ *Glen E. Summers*
                                             Glen E. Summers
                                             Bartlit, Beck, Herman, Palenchar & Scott LLP
                                             1899 Wynkoop Street, Suite 800
                                             Denver, CO 80202
                                             (303) 592-3100 Telephone
                                             (303) 592-3140 Facsimile
                                             glen.summers@bartlil-beck.com
                                             *Attorney for Plaintiff*


                                              s/ *Brian L. Duffy*
                                             Brian L. Duffy
                                             Greenberg Traurig LLP
                                             1200 Seventeenth Street, Suite 2400
                                             Denver, Colorado 80202-5858
                                             (303) 572-6545 Telephone
                                             (303) 572-6540 Facsimile
                                             duffyb@gtlaw.com
                                             *Attorney for Defendants*

                                              s/ *Dana E. Becker*
                                             Troy S. Brown
                                             Dana E. Becker
                                             Morgan, Lewis & Bockius LLP
                                             1701 Market Street
                                             Philadelphia, Pennsylvania 19103
                                             (215) 963-5000 Telephone
                                             (215) 963-5001 Facsimile
                                             tsbrown@morganlewis.com
                                             dana.becker@morganlewis.com
                                             *Attorneys for Defendants*

## <u>CERTIFICATE OF SERVICE</u>

I certify that a true and correct copy of the foregoing document has been filed and served

on all counsel of record via the ECF system on May 11, 2015.

s/ <i>Brian L. Duffy</i>

Brian L. Duffy
Greenberg Traurig LLP
1200 Seventeenth Street, Suite 2400
Denver, Colorado 80202-5858
(303) 572-6545 Telephone
(303) 572-6540 Facsimile
duffyb@gtlaw.com

4