# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1: 15-cv-00822-WJM

CHRISTOPHER CONE,

    Plaintiff,

v.

MEDICAL IMAGING HOLDINGS, INC., a Delaware Corporation; CONSENSYS IMAGING SERVICE, INC., a Delaware Corporation, GALEN PARTNERS IV, a Delaware Limited Partnership, GALEN PARTNERS V, a Delaware Limited Partnership, GALEN INTERNATIONAL IV, GALEN INTERNATIONAL V, a Delaware Limited Partnership, GALEN EMPLOYEE IV, a Delaware Partnership, DAVID JAHNS, DAVID AZAD, BILL WILLIAMS, JEFF SOINSKI,

    Defendants.

## [PROPOSED] ORDER

This matter comes before the Court on the parties' Joint Motion for Stay of All Deadlines. Having reviewed the motion, the Court concludes that the motion should be granted.

**IT IS HEREBY ORDERED** that the Parties' Joint Motion for Stay of All Deadlines is **GRANTED.**

**IT IS FURTHER ORDERED** that all deadlines in this matter, including the deadline for Defendants' answer, motion, or other response to the Complaint and the deadline for responding to Plaintiff's motion to remand, be stayed for twenty-one (21) days so that the parties may continue their efforts to resolve this dispute without further litigation.

Dated: _____, 2015

                                  **BY THE COURT:**

                                  _____
                                  **United States District Judge**
                                  **William J. Martinez**

*DEN 98815068v1*