## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1: 15-cv-00822-WJM

CHRISTOPHER CONE,

      Plaintiff,

v.

MEDICAL IMAGING HOLDINGS, INC., a Delaware Corporation; CONSENSYS IMAGING SERVICE, INC., a Delaware Corporation, GALEN PARTNERS IV, a Delaware Limited Partnership, GALEN PARTNERS V, a Delaware Limited Partnership, GALEN INTERNATIONAL IV, GALEN INTERNATIONAL V, a Delaware Limited Partnership, GALEN EMPLOYEE IV, a Delaware Partnership, DAVID JAHNS, DAVID AZAD, BILL WILLIAMS, JEFF SOINSKI,

      Defendants.

---

### JOINT MOTION TO EXTEND STAY OF ALL DEADLINES UNTIL JUNE 12, 2015

---

Plaintiff Christopher Cone and Defendants Medical Imaging Holdings, Inc. ("MIH"); Consensys Imaging Services, Inc. ("CIS"); Galen Partners IV, Galen Partners V, Galen International IV, Galen International V, and Galen Employee IV (together, the "Galen Partners"); and Messrs. Jahns, Azad, Williams, and Soinski (together with MIH, CIS, and the Galen Partners referred to herein as "Defendants"), by and through undersigned counsel, jointly move the Court for entry of an Order extending the current stay of all deadlines from June 2, 2015 until June 12, 2015 to enable the parties to continue settlement discussions.  In support of this motion, the parties state as follows:

1.      On or around March 5, 2015, Plaintiff filed a Complaint asserting claims against Defendants in the Jefferson County District Court.

2.      On March 23, 2015, Defendants' counsel executed a Waiver and Acceptance of Service, effective March 23, 2015.  *See* Dkt. No. 1-5.  The Waiver and Acceptance of Service set forth the parties' agreement that Defendants would have until May 15, 2015 to answer, move, or otherwise respond to the Complaint in state court.

3.      On April 17, 2015, Defendants filed a Notice of Removal removing Plaintiff's action from Jefferson County District Court to this Court.  *See* Dkt. No. 1.

4.      On April 23, 2015, the parties stipulated pursuant to D.C.COLO.LCivR 6.1(a) that the deadline for Defendants' answer, motion, or other response to the Complaint would be May 15, 2015, consistent with the parties' agreement set forth in the Waiver and Acceptance of Service.  *See* Dkt. No. 10.

5.      On May 4, 2005, Plaintiff filed a motion to remand this case to state court. Dkt. No. 14.  Pursuant to this Court's Order, Defendant's response to Plaintiff's motion to remand was due by May 18, 2015.  Dkt. No. 17.

6.      The parties then informed the Court that they are engaged in settlement discussions in the hopes that they can resolve this dispute without further litigation.  *See Am. Family Mut. Ins. Co. v. Orlowski*, No. 08-cv-00763-DME-KMT, 2009 WL 1698504, at *5 (D. Colo. June 15, 2009) ("There is a strong public policy favoring dispute resolution rather than continued litigation.  When considering alternative consequences, we will defer to results that encourage the settlement of disputes." (internal quotation marks and quoting reference omitted)).  These settlement discussions are ongoing.

7.      On or about May 12, 2015, the Court granted the parties' joint motion for a three week stay of all deadlines to allow the parties to focus on settlement negotiations. That stay will expire on June 2, 2015.

*DEN 98826852v1*

8.      Also on or about May 12, 2015, the Court, *sua sponte*, ordered Defendant to respond to Plaintiff's motion to remand, and the Court's order to show cause regarding federal jurisdiction, by June 12, 2015.

9.      The parties continue to discuss settlement and have made significant progress in that regard.   As such, pursuant to D.C.COLO.LCivR 6.1, the parties respectfully request that all deadlines, including the deadline for Defendants' answer, motion, or other response to the Complaint be stayed until June 12, 2015, consistent with the Court ordered deadline to respond to Plaintiff's remand motion.  This motion is not made for the purposes of delay and will not prejudice any party.  Rather, the parties seek to conserve the parties' and judicial resources while the parties continue their efforts to resolve this dispute without further litigation.

Dated:  May 29, 2015                    Respectfully submitted,


                                        *s/ Glen E. Summers*
                                        Glen E. Summers
                                        Bartlit, Beck, Herman, Palenchar & Scott LLP
                                        1899 Wynkoop Street, Suite 800
                                        Denver, CO 80202
                                        (303) 592-3100 Telephone
                                        (303) 592-3140 Facsimile
                                        glen.summers@bartlil-beck.com
                                        *Attorney for Plaintiff*


                                        *s/ Brian L. Duffy*
                                        Brian L. Duffy
                                        Greenberg Traurig LLP
                                        1200 Seventeenth Street, Suite 2400
                                        Denver, Colorado 80202-5858
                                        (303) 572-6545 Telephone
                                        (303) 572-6540 Facsimile
                                        duffyb@gtlaw.com
                                        *Attorney for Defendants*

                                        *s/ Dana E. Becker*
                                        Troy S. Brown
                                        Dana E. Becker
                                        Morgan, Lewis & Bockius LLP
                                        1701 Market Street
                                        Philadelphia, Pennsylvania 19103
                                        (215) 963-5000 Telephone
                                        (215) 963-5001 Facsimile
                                        tsbrown@morganlewis.com
                                        dana.becker@morganlewis.com
                                        *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been filed and served on all counsel of record via the ECF system on May 29, 2015.

Glen Eric Summers
Bartlit, Beck, Herman, Palenchar & Scott, LLP
1899 Wynkoop Street, 8th Floor
Denver, CO  80202


Dana Elizabeth Becker
Morgan Lewis & Bockius, LLP
1701 Market Street
Philadelphia, PA 19103-2921

s/  *Karen R. Loveland*
Karen R. Loveland

*DEN 98826852v1*