**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1: 15-cv-00822-WJM

CHRISTOPHER CONE,

      Plaintiff,

v.

MEDICAL IMAGING HOLDINGS, INC., a Delaware Corporation; CONSENSYS IMAGING
SERVICE, INC., a Delaware Corporation, GALEN PARTNERS IV, a Delaware Limited
Partnership, GALEN PARTNERS V, a Delaware Limited Partnership, GALEN
INTERNATIONAL IV, GALEN INTERNATIONAL V, a Delaware Limited Partnership,
GALEN EMPLOYEE IV, a Delaware Partnership, DAVID JAHNS, DAVID AZAD, BILL
WILLIAMS, JEFF SOINSKI,

      Defendants.

---

**NOTICE OF SETTLEMENT**

---

      Defendants Medical Imaging Holdings, Inc. ("MIH"); Consensys Imaging Services, Inc.

("CIS"); Galen Partners IV, Galen Partners V, Galen International IV, Galen International V, and

Galen Employee IV (together, the "Galen Partners"); and Messrs. Jahns, Azad, Williams, and

Soinski (together with MIH, CIS, and the Galen Partners referred to herein as "Defendants"), by

and through undersigned counsel, notify the Court that the parties in the above-referenced matter

have reached a settlement in principal of all claims and further states as follows:

      1.     Plaintiff anticipates filing a Stipulation of Dismissal with Prejudice by close of

business next Friday, June 19, 2015, after Plaintiff receives the agreed settlement funds.

      2.     Unless the parties hear otherwise from the Court, the parties will assume that

despite the expiration today of the stay and extension previously granted by the Court, neither

party needs to file further pleadings or submissions between now and the filing of the Stipulation

of Dismissal with Prejudice.

Dated:  June 12, 2015                          Respectfully submitted,


                                               *s/ Brian L. Duffy*
                                               Brian L. Duffy
                                               Greenberg Traurig LLP
                                               1200 Seventeenth Street, Suite 2400
                                               Denver, Colorado 80202-5858
                                               (303) 572-6545 Telephone
                                               (303) 572-6540 Facsimile
                                               duffyb@gtlaw.com
                                               *Attorney for Defendants*

                                               s/ Dana E. Becker
                                               Troy S. Brown
                                               Dana E. Becker
                                               Morgan, Lewis & Bockius LLP
                                               1701 Market Street
                                               Philadelphia, Pennsylvania 19103
                                               (215) 963-5000 Telephone
                                               (215) 963-5001 Facsimile
                                               tsbrown@morganlewis.com
                                               dana.becker@morganlewis.com
                                               *Attorneys for Defendants*

## <u>CERTIFICATE OF SERVICE</u>

I certify that a true and correct copy of the foregoing document has been filed and served

on all counsel of record via the ECF system on June 12, 2015.

Glen Eric Summers
Bartlit, Beck, Herman, Palenchar & Scott, LLP
1899 Wynkoop Street, 8th Floor
Denver, CO  80202

Dana Elizabeth Becker
Morgan Lewis & Bockius, LLP
1701 Market Street
Philadelphia, PA 19103-2921

*/s Julie Eaton*
Julie Eaton