# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1: 15-cv-00822-WJM

CHRISTOPHER CONE,

      Plaintiff,

v.

MEDICAL IMAGING HOLDINGS, INC., a Delaware Corporation; CONSENSYS IMAGING SERVICE, INC., a Delaware Corporation, GALEN PARTNERS IV, a Delaware Limited Partnership, GALEN PARTNERS V, a Delaware Limited Partnership, GALEN INTERNATIONAL IV, GALEN INTERNATIONAL V, a Delaware Limited Partnership, GALEN EMPLOYEE IV, a Delaware Partnership, DAVID JAHNS, DAVID AZAD, BILL WILLIAMS, JEFF SOINSKI,

      Defendants.

## NOTICE OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff dismisses this action with prejudice, each party to bear its own costs and fees. The Clerk is asked to make this entry on the above docket.

Dated: June 19, 2015

      Respectfully submitted,

      BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP

      */s/ Glen E. Summers*    .
      Glen E. Summers
      1899 Wynkoop Street, Suite 800
      Denver, Colorado 80202
      Telephone: (303) 592-3100
      Facsimile:   (303) 592-3140
      glen.summers@bartlit-beck.com
      *Attorney for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that on June 19, 2015, a copy of the foregoing was electronically filed with the Clerk of the Court using the ECF system which will send notification of such filing to the attorneys of record:

Brian L. Duffy
Greenberg Traurig LLP
1200 Seventeenth Street, Suite 2400
Denver, CO 80202-5858
<u>duffyb@gtlaw.com</u>

Troy S. Brown
Dana E. Becker
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921
<u>tsbrown@morganlewis.com</u>
<u>dana.becker@morganlewis.com</u>
*Attorneys for Defendants*

*/s/ Glen E. Summers*                          .
Glen E. Summers
1899 Wynkoop Street, Suite 800
Denver, Colorado 80202
Telephone: (303) 592-3100
Facsimile:   (303) 592-3140
<u>glen.summers@bartlit-beck.com</u>
*Attorney for Plaintiff*